Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Tel: 213.457.8000 / Fax: 213.457.8080

Andrew J. Narod (Pro Hac Vice Pending)
T. Sky Woodward (SBN 176615)
BRADLEY ARANT BOULT
CUMMINGS, LLP
1615 L Street NW, Ste 1350
Washington, D.C.  20036
Tel: 202.719.8271 / Fax: 202.719.8371

Attorneys for Plaintiff Ditech Financial,
LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BP FISHER LAW GROUP, LLP,<br><br>Debtor. | No. 8:19-bk-10158-TA<br><br>Chapter 11 |
| DITECH FINANCIAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BP FISHER LAW GROUP, LLP, ANDREW R. CORCORAN, and individual, SHANNON B. KRESHTOOL, an individual, PLUTOS SAMA, LLC, a Delaware limited liability company,<br><br>Defendants. | Adv. No.  8:19-ap-01015-TA<br><br>**STIPULATION TO TRANSFER VENUE** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    The parties came before this Court on January 30, 2019 on Ditech Financial, LLC's

2    Motion to Remand the instant Adversary Proceeding.  The parties hereby stipulate that the venue

3    of this Adversary Proceeding shall be transferred to the United States District Court for the

4    District of Maryland, Greenbelt Division, for subsequent referral to the United States Bankruptcy

5    Court for the District of Maryland, Greenbelt Division.  *See* Maryland U.S. District Court

6    Standing Order 2012-05 dated July 24, 2012, amending Rule 402, Rules of the United States

7    District Court for the District of Maryland.

8        The parties' stipulation is made without prejudice to either party.  Both parties reserve all

9    their rights regarding the Motion to Remand, including, but not limited to Ditech Financial, LLC

10   renewing its Motion to Remand on equitable abstention grounds, subject-matter jurisdiction

11   grounds, or other grounds.

12

13   DATED:  January 31, 2019                    REED SMITH LLP

14                                               By /s/ Marsha A. Houston
15                                                  Marsha A. Houston
                                                    Christopher O. Rivas

16                                               and

17                                               BRADLEY ARANT BOULT CUMMINGS, LLP

18                                                  T. Sky Woodward (SBN 176615)
19                                                  Andrew J. Narod (*Pro Hac Vice Pending*)
                                                    1615 L Street, N.W., Ste. 1350
20                                                  Washington, DC  20036
                                                    Tel: (202) 719-8271
21                                                  Fax: (202) 719-8371
                                                    E-mail: anarod@bradley.com
22                                                  E-mail: swoodward@bradley.com

23                                               Attorneys for Ditech Financial, LLC

24

25   DATED:  January 31, 2019                    GOE & FORSYTHE, LLP

26

27                                               By
                                                    Marc C. Forsythe
28                                                  Attorneys for BP Fisher Law Group, LLP

- 1 -

STIPULATION TRANSFERRING VENUE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

US_ACTIVE-143934912.1-CORIVAS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Reed Smith LLP 355 S. Grand Ave., Ste. 2900 Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): <u>STIPULATION TO TRANSFER VANUE</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>February 1, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Marc C Forsythe kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>February 1, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>February 1, 2019</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Via Overnight Mail
Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom SB
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 1, 2019 | Heather Valencia | *Heather Valencia* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Service List

Andrew R Corcoran
3914 Blackthorn Street
Chevy Chase, MD 20815

Joshua Dhyani,
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 350
Washington, DC 20036

Shannon B Kreshtool
3705 Thoroughbred Ln
Owings Mills, MD 21117

Andrew Narod
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 350
Washington, DC 20036

D. Brian O'Dell
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203

Plutos Sama, LLC
Agent for Service of Process
Michael Keadjian Esq
1900 Main Street, Suite 640
Irvine, CA 92614

T. Sky Woodward
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 350
Washington, DC 20036